THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LILLIAN JONES, Defendant-Appellant.

(No. 60265;

First District (3rd Division)—June 19, 1975.

*Rehearing denied September 11, 1975.*

PER CURIAM.

Walter Williams, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Donald M. Devlin, and Bertina E. Lampkin, Assistant State's Attorneys, of counsel), for the People.

CHARLES M. JOHNSON et al., Plaintiffs-Appellants, v. THE CITIZENS NATIONAL BANK OF DECATUR, Defendant-Appellee.

(No. 12871;

Fourth District—August 7, 1975.

*Rehearing denied September 9, 1975.*